**Courtroom 6D – Nashville, TN; 9:00 A.M.**  **Thursday, May 2, 2024**

**Larsen, Readler, Davis**

**23-5676**   Thomas Clardy v. Zac Pounds, Warden

Thomas E. Clardy                                                                          ret   Scott Gallisdorfer

   **Petitioner - Appellee**

                                                  **V.**

Zac Pounds, Warden                                                                  ret   Richard Davison Douglas
                                                                                                    *3 Minutes Rebuttal*

   **Respondent - Appellant**

*Annette Mills, Courtroom Deputy*

Respondent appeals the order conditionally granting petitioner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. Section 2254.   (15 Minutes Per Side)